# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| Alicia Siler,<br><br>    Plaintiff,<br><br>v.<br><br>Seattle Service Bureau, Inc.,<br><br>    Defendant. | Case No. 2:09-cv-01307-JCC<br><br><br>**NOTICE OF WITHDRAWAL** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that Attorney Lawrence S. Lofgren is withdrawing from representing Plaintiff in the above-captioned case.

Plaintiff will hereafter be represented by Attorney Mona Lisa C. Gacutan of Legal Helpers, P.C.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Lawrence S. Lofgren*
Lawrence S. Lofgren (Bar No. 34358)
600 Stewart St, Ste 724
Seattle, WA  98101
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  llo@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 3, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*