UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

Alicia Siler )
)
)
Plaintiff(s), )
)
v. ) Case Number 2:09-cv-1307
Seattle Service Bureau, Inc. )
)
)
)
Defendant(s). )

**WAIVER OF THE SERVICE OF SUMMONS**

To: Lawrence S. Lofgren

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/16/2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11-20-09

Signature: *Kimberlee Walker Olsen*

Printed Name
Office Address,
E-mail Address
Telephnone Number

LUKE, CASTEEL & OLSEN, PSC
ATTORNEYS AT LAW
ALDERWOOD BUSINESS CENTER
3400 188TH STREET SOUTHWEST
SUITE 484
LYNNWOOD, WASHINGTON 98037-4708
PH 425-744-0411 - FAX 425-771-3490