UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| Alicia Siler,<br><br>    Plaintiff,<br><br>v.<br><br>Seattle Service Bureau, Inc.,<br><br>    Defendant. | Case No. 2:09-cv-01307-JCC<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action pursuant without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Mona Lisa C. Gacutan*
Mona Lisa C. Gacutan
600 Stewart St, Ste 720
Seattle, WA  98101
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  mog@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Luke, Casteel & Olsen, PSC
Kimberlee Walker Olsen
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
*Attorney for Defendant*

                                                     */s/ Richard J. Meier*